WONDERLAND NURSERY GOODS CO., LTD., Appellant,

v.

THORLEY INDUSTRIES LLC, Appellee.

No. 2015–1034.

United States Court of Appeals, Federal Circuit.

May 6, 2015.

David I. Roche, Baker & McKenzie LLP, Chicago, IL, argued for appellant.

Daniel H. Brean, The Webb Law Firm, Pittsburgh, PA, argued for appellee. Also represented by Kent E. Baldauf, Jr., Bryan P. Clark, Ryan Miller.

O'MALLEY, CLEVENGER, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**